■

**Gary L. CHEATHAM, Appellant**

v.

**COMMONWEALTH of Pennsylvania BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 125 MAP 2005.**

Supreme Court of Pennsylvania.

Aug. 21, 2006.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of August, 2006, the Order of the Commonwealth Court is hereby **AFFIRMED.**

■

**Mark CURRY, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Aug. 21, 2006.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of August, 2006, the Order of the Commonwealth Court is hereby **AFFIRMED.**

■

**Kenneth FEIGHT, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Aug. 21, 2006.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of August, 2006, the Order of the Commonwealth Court is affirmed.

■

**AMERICAN FEDERATION OF STATE, County and Municipal Employees, Council 13, AFL–CIO, through its Trustee ad litem, David Fillman; Bruce Facer, Leroy Robinson, and Gabe White, in their own behalf and**

in behalf of a class of Employees of the Commonwealth of Pennsylvania Department of Corrections; and Phil Formicola and Philip Carroll, in their own behalf and in behalf of a class of Employees of the Commonwealth of Pennsylvania Board of Probation and Parole

v.

COMMONWEALTH of Pennsylvania; Edward G. Rendell, Governor of the Commonwealth of Pennsylvania; Jeffrey A. Beard, Secretary, Department of Corrections; Benjamin A. Martinez, Chairman, Board of Probation and Parole; Vicki L. Phillips, Secretary, Department of Education; Michael J. Masch, Secretary, Office of the Budget; Robert P. Casey, Jr., Auditor General; Barbara Hafer, Treasurer; and Sandra Feigley, in her personal capacity and in her capacity as Chief Executive Officer and Publisher of www.prisoners.com; and www.prisoners.com, Appeal of American Federation of State, County and Municipal Employees, Council 13, AFL–CIO.

Supreme Court of Pennsylvania.

Aug. 22, 2006.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court is hereby AFFIRMED.

Justices NEWMAN and BAER dissent.

Steven Michael PODOBENSKY, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Aug. 23, 2006.

### ORDER

PER CURIAM.

AND NOW, this 23rd day of August, 2006, the Order of the Commonwealth Court is AFFIRMED.